IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTORIANO ANGELES-GOMEZ, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>RICK WOLF LANDSCAPE, LLC, FREDERIC LOUIS WOLF, and VIRGINIA S. WOLF,<br><br>Defendants. | JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF ORDER OF DISMISSAL<br><br>COLLECTIVE ACTION § 216(b)<br><br>Civil Action No.:<br>5:-17-CV-155-BO |

Plaintiff Victoriano Angeles-Gomez ("Angeles") and Defendants Rick Wolf Landscape, LLC, Frederic Louis Wolf, and Virginia S. Wolf ("Defendants"), move the Court for approval of the Settlement Agreement attached as **Exhibit 1** (the "Agreement") and, pursuant to Rule 41, Fed. R. Civ. P., for entry of an order of dismissal with prejudice. A proposed order is attached as **Exhibit 2**. The parties have agreed that the terms reflected in the Agreement are mutually satisfactory. The Court's approval and entry of an order of dismissal will consummate the Agreement between the parties. The reasons for granting the motion are set forth in more detail in the accompanying memorandum.

The parties respectfully request that the Court approve the attached settlement agreement and enter the parties' proposed order of dismissal with prejudice.

Dated: June 22, 2017

LAW OFFICES OF ROBERT J. WILLIS

BY: /s/ Robert J. Willis
Robert J. Willis
Attorney at Law
NC Bar #10730
(mailing address)
P.O. Box 1828
Pittsboro, NC 27602
tel: (919)821-9031
fax: (919)821-1763
rwillis@rjwillis-law.com

(street address)
488 Thompson Street
Pittsboro, NC 27312
Counsel for Plaintiff

Date: June 22, 2017

FELTON BANKS, PLLC

By: / s / Adam P. Banks
Adam P. Banks
NC Bar #: 47559
Email: adam@feltonbanks.com
Ashley L. Felton
NC Bar #: 46017
Email: ashley@feltonbanks.com
7406 Chapel Hill Road, STE H
Raleigh, North Carolina 27607
Tel: 919 694-0001
Fax: 919 694-0001

Date: June 22, 2017

2

CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Adam P. Banks at adam@feltonbanks.com, and Ashley L. Felton at ashley@feltonbanks.com.

Dated: June 22, 2017.    Respectfully submitted,

/s/ Robert J. Willis
Robert J. Willis
Counsel for Plaintiffs
P.O. Box 1828
Pittsboro, NC  27312
Telephone: (919)821-9031
Fax: (919)821-1763
E-mail: rwillis@rjwillis-law.com