IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTORIANO ANGELES-GOMEZ, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>RICK WOLF LANDSCAPE, LLC, FREDERIC LOUIS WOLF, and VIRGINIA S. WOLF,<br><br>Defendants. | **ORDER OF DISMISSAL**<br><br>COLLECTIVE ACTION § 216(b)<br><br>Civil Action No.:<br>5:-17-CV-155-BO |

THIS MATTER coming before this Court on joint motion by the parties for approval of their settlement agreement and dismissal of the action with prejudice, and it appearing to this Court that the settlement agreement is fair and equitable and the result of arms-length negotiation, and it further appearing to this Court that grounds exist to dismiss the action with prejudice and that the Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action is dismissed with prejudice pursuant to the terms of the Settlement Agreement attached to the Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal marked as Exhibit 1 and incorporated herein by reference.

Dated this the _27 June_, 2017 in _Raleigh_ North Carolina.

_Terrence Boyle_
Terrence W. Boyle
United States District Court Judge