UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTORIANO ANGELES-GOMEZ, ) <br> on behalf of himself and all other ) <br> similarly situated persons, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICK WOLF LANDSCAPE, LLC, FREDERIC ) <br> LOUIS WOLF, and VIRGINIA S. WOLF, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:17-CV-155-BO |

**Decision by Court.**
THIS MATTER is before this Court on joint motion by the parties for approval of their settlement agreement and dismissal of the action with prejudice.

**IT IS ORDERED, ADJUDGED AND DECREED** that the action is dismissed with prejudice pursuant to the terms of the Settlement Agreement attached to the Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal marked as Exhibit 1 and incorporated herein by reference.

<u>**This judgment filed and entered on June 27, 2017, and served on:**</u>
Robert J. Willis (via CM/ECF Notice of Electronic Filing)
Adam Patterson Banks (via CM/ECF Notice of Electronic Filing)
Ashley Louise Felton (via CM/ECF Notice of Electronic Filing)

June 27, 2017

PETER A. MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk

